SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No.: CV 99-5504 LGB (SHx)         Date: July 1, 1999

Title:   Mallick v. Feuer

================================================================
**DOCKET ENTRY**

================================================================
PRESENT: Hon. Lourdes G. Baird, United States District Judge

Karen Kirksey                    Not Present
Deputy Clerk                     Court Reporter

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**

None                              None

**PROCEEDINGS:**   In Chambers.

The Court RESCHEDULES the hearing on defendants' motion to dismiss from July 26, 1999 to October 5, 1999 at 10:00 a.m. However, all filing deadlines associated with the motion shall remain in place as if it were still being heard on July 26, 1999.

Deputy Clerk

ENTERED ON ICMS

JUL -2 1999