

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. CV99-5504-LGB(SHx)                             Date 10-12-99

Title: JOHN CHRISTOPHER MALLICK, etc, etal vs MICHAEL FEUER, etal
========================================================================
PRESENT: **HON. LOURDES G. BAIRD, JUDGE**

| Karen Kirksey | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS | ATTORNEYS PRESENT FOR DEFENDANTS |
|---|---|
| Not Present | Not Present |

PROCEEDINGS:    **ORDER TO SHOW CAUSE**    (IN CHAMBERS)

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **10-26-99** why this action should not be dismissed for lack of prosecution **as to defendants Madeline Beastie, Westwood-Holmby Home Owners Association and Save Westwood Group only.**

In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, oral argument shall not be heard in the above matter unless so ordered by the Court. The Order to Show Cause will stand submitted upon the filing of briefs.

Plaintiff is advised that the Court will consider the following:

1) **A proof of service of summons and complaint on defendants Madeline Beastie and Save Westwood Group; AND**

2) **An answer by defendant Westwood-Holmby Home Owners Association, or plaintiff's request for entry of default on this defendant**

on or before the above date, as a satisfactory response to the Order to Show Cause.

ENTERED ON ICMS
OCT 13 1999

MINUTES FORM 11
CIVIL - GEN

                                                           Deputy Clerk