ORIGINAL

ENT NO JS-6

ENTERED
CLERK, U.S. DISTRICT COURT
NOV 15 1999
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.: CV 99-5504 LGB (SHx)        Date: November 10, 1999

Title:    Mallick et al. v. Feuer et al.

======================================================================
DOCKET ENTRY

======================================================================
PRESENT:  Hon. Lourdes G. Baird, United States District Judge

    Karen Kirksey                      Not Present
    Deputy Clerk                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

    None                               None

PROCEEDINGS:    In Chambers.

    The Court is in receipt of defendant the Holmby-Westwood
Property Owners Association, Inc.'s (erroneously sued as the
Westwood-Holmby Home Owners Association) Motion to Dismiss
plaintiffs' complaint under Rule 12(b)(6). The motion is
unopposed.
    Pursuant to Federal Rule of Civil Procedure 78 and Central
District Local Rule 7.11, the Court hereby dispenses with oral
argument on defendant's' motion and decides the motion on the
papers. Furthermore, Local Rule 7.9 states that "[p]apers not
timely filed by a party . . . may be deemed by the Court consent
to the granting . . . of the motion." Local R. C.D. Cal. 7.9.
    Based on the complaint, the arguments made in the motion,
and the fact that the motion is unopposed, the Court GRANTS
defendant Holmby-Westwood Property Owners Association, Inc.'s
(erroneously sued as the Westwood-Holmby Home Owners Association)
Motion to Dismiss. As such, defendant's motion to strike the
complaint under the SLAPP statute is MOOT.

    IT IS SO ORDERED

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).          Deputy Clerk ___ for KK

✓
✓
✓  FILED NOTICE             NOV 15 1999                        20
NO JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
SUITE 770
LOS ANGELES, CALIFORNIA 90012

CHAMBERS OF
**LOURDES G. BAIRD**
JUDGE

TELEPHONE
(213) 894-1478

## F A X   T R A N S M I S S I O N

**DATE:** November 10, 1999

**RE.:** <u>CHRISTOPHER MALLICK et al. V. MICHAEL FEUER et al.</u>

**FROM:** CHAMBERS OF THE HON. LOURDES G. BAIRD
UNITED STATES DISTRICT JUDGE
Olivier A. Taillieu, Law Clerk

**TO:** TERRY KIRKWOOD
323.653.3604

**COMMENT:** Counsel for defendant is ORDERED to serve this minute order by fax on all counsel of record.

**NO. OF PAGES:**   COVER + 1

**VOICE:** (213) 894-1478   **FAX:** (213) 894-4392

## Confirmation Report – Memory Send

```
                                    Time     : Nov-10-99 18:35
                                    Tel line : 2138944392
                                    Name     : US DISTRICT CT
```

| | | |
|---|---|---|
| Job number | : | 115 |
| Date | : | Nov-10 18:33 |
| To | : | 913236533604 |
| Document pages | : | 02 |
| Start time | : | Nov-10 18:33 |
| End time | : | Nov-10 18:35 |
| Pages sent | : | 02 |
| Status | : | OK |

Job number  : 115            \*\*\* SEND SUCCESSFUL \*\*\*

---

**UNITED STATES DISTRICT COURT**
CENTRAL DISTRICT OF CALIFORNIA
ROYBAL FEDERAL BUILDING
255 EAST TEMPLE STREET
SUITE 770
LOS ANGELES, CALIFORNIA 90012

CHAMBERS OF
LOURDES G. BAIRD
JUDGE

TELEPHONE
(213) 894-1478

### FAX TRANSMISSION

**DATE:** November 10, 1999

**RE.:** CHRISTOPHER MALLICK et al. V. MICHAEL FEUER et al.

**FROM:** CHAMBERS OF THE HON. LOURDES G. BAIRD
UNITED STATES DISTRICT JUDGE
Olivier A. Taillieu, Law Clerk

**TO:** TERRY KIRKWOOD
323.653.3604

**COMMENT:** Counsel for defendant is ORDERED to serve this minute order by fax on all counsel of record.

**NO. OF PAGES:** COVER + 1

**VOICE:** (213) 894-1478          **FAX:** (213) 894-4392