___ Priority
✓ Send
___ Clsd
✓ Enter
___ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK, U.S. DISTRICT COURT
05-20-02
MAY 20 2002
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN CHRISTOPHER MALLICK, individually, and in his capacity as owner of DUET RESTAURANT & NIGHTCLUB, a California Limited Liability Company, d/b/a DUET RESTAURANT & NIGHTCLUB, FELIPE DARREL, GREGORY LITES,<br><br>    Plaintiffs,<br><br>vs.<br><br>MICHAEL FEUER, MADELINE BEASTIE, THE CITY OF LOS ANGELES, DOUGLAS WADE, UNKONWN OFFICERS OF THE LOS ANGELES POLICE DEPARTMENT, UNKONWN EMPLOYEES OF THE LOS ANGELES FIRE DEPARTMENT, THE SAVE WESTWOOD GROUP, and DOES 1 through 10, Inclusive, et al.,<br><br>    Defendants. | CASE NO. CV 99-05504 LGB<br><br>Assigned to the Honorable ~~Lourdes G. Baird~~ Harry L. Hupp<br><br>~~STATEMENT [PROPOSED]~~ JUDGEMENT IN FAVOR OF DEFENDANT OF CITY OF LOS ANGELES<br>[Local Rule 56-1]<br><br>~~[MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED April 1, 2002]~~<br><br>HEARING DATE: May 17, 2002<br>TIME: 10:00 A.M.<br>PLACE: ~~ROOM 780 (ROYBAL)~~ Courtroom 7 |

~~TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:~~

[PROPOSED] JUDGEMENT IN FAVOR OF DEFENDANTS OF CITY OF LOS ANGELES

ENTERED ON ICMS
MAY 21 2002
CV

88

✓ Docketed
✓ Copies / NTC Sent
___ JS - 5 / JS - 6
___ JS - 2 / JS - 3
___ CLSD

LODGED
2002 APR -1 PM 3:59
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

1  This action came on for hearing before the Court, on ~~May 17, 2002~~,
2  Honorable ~~Lourdes Baird~~ *Harry L. Hupp* presiding, on a Motion for Summary
3  Judgment, and the evidence presented having been fully considered,
4  the issues having been duly heard and a decision having been duly
5  rendered, ~~and the Court having executed the Statement of~~
6  ~~Uncontroverted Facts and Conclusions of Law filed under [Local Rule~~
7  ~~56-1]~~.

8  IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing *against*
9  *the defendant City of Los Angeles,* ~~that the action~~ *be dismissed on the merits, and that defendant* CITY
10 OF LOS ANGELES *against said defendant* recover its costs.

11
12 DATED: *May 20, 2002*

13                                    UNITED STATES DISTRICT JUDGE

14
15
16
17 prepared and lodged by
   ROCKARD J. DELGADILLO, City Attorney, State Bar No. 125465x
18 Gary G. Geuss, Assistant City Attorney
   ANTHONY M. MIERA, Deputy City Attorney, State Bar No. 138409
19 1700 City Hall East
20 200 North Main Street
   Los Angeles, CA 90012
21 Phone No.:(213) 485-8645
22 Fax No.:   (213) 847-0400

23 Attorneys for Defendant
24 CITY OF LOS ANGELES
25
26
27
28

# PROOF OF SERVICE BY MAIL
(Business Practice to Entrust Deposit to Others)

I, GRACE M. KORNER, declare as follows:

I am over the age of 18 years, and not a party to this action. My business address is 200 North Main Street, 1700 City Hall East, Los Angeles, California, which is located in the county where the mailing described below took place.

I am readily familiar with the business practice at my place of business for collection and processing or correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On April 1, 2002, at my place of business at 200 North Main Street, 1700 City Hall East, Los Angeles, California, a copy of the attached STATEMENT [PROPOSED] JUDGEMENT IN FAVOR OF DEFENDANT OF CITY OF LOS ANGELES [Local Rule 56-1] [MOTION FOR SUMMARY JUDGMENT AND STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW FILED April 1, 2002] was placed for deposit in the United States Postal Service in a sealed envelope, with postage fully prepaid, addressed to:

**Law Offices of Robert M. Ball**
**Loyst Fletcher, Esq.**
**5757 Wilshire Boulevard**
**Suite 500**
**Los Angeles, CA  90036**

(323) 930-9332

and that envelope was placed for collection and mailing on that date following ordinary business practices.

I, declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 1, 2002, at Los Angeles, California.

_____
GRACE M. KORNER

3

[PROPOSED] JUDGEMENT IN FAVOR OF DEFENDANTS OF CITY OF LOS ANGELE